**FILED**
Apr 21 2021
3:53 pm
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   s/ emilybl   DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

December 2020 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. '21 CR1236 CAB |
| Plaintiff, | I N D I C T M E N T |
| v. | Title 18, U.S.C., Sec. 111(a)(1) – Assault on a Federal Officer (Misdemeanor) |
| CARLOS VILLEGAS-GARCIA, aka Israel Camacho-Salas, | |
| Defendant. | |

The grand jury charges:

On or about January 23, 2021, within the Southern District of California, defendant CARLOS VILLEGAS-GARCIA, aka Israel Camacho-Salas, forcibly assaulted a person designated in Title 18, United States Code, Section 1114, that is, Officer J. Jacobo, while such person was engaged in and on account of the performance of official duties; in violation of Title 18, United States Code, Section 111(a)(1), a misdemeanor.

DATED: April 21, 2021.

RANDY S. GROSSMAN
Acting United States Attorney

By: _____
J'ME K. FORREST
Assistant U.S. Attorney

JKF:cms:San Diego:4/20/21